1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Trujillo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | Case No. 1:22-cv-00644-DAD-SKO |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE; ORDER** |
| v. | |
| ARMANDO AMADOR dba MARISCOS EL PICUDO; CATHERINE L. MELLOW; | (Doc. 9) |
| Defendants. | |

**WHEREA**S, on May 27, 2022, Plaintiff, Jose Trujillo ("Plaintiff"), filed the instant action alleging claims under Title III of the Americans with Disabilities Act of 1990 and parallel California law (ECF No. 1). On May 31, 2022, an order setting mandatory scheduling conference was issued (ECF No. 3) ("Order"). The Order required that all defendants be served with the complaint no later than August 25, 2022;

**WHEREAS**, Defendants, Armando Amador dba Mariscos El Picudo; and Catherine L. Mellow ("Defendants") have not appeared in this action;

**WHEREAS**, on July 26, 2022, a clerk's entry of default was entered for Armando Amador dba Mariscos El Picudo (ECF No. 6);

1    **WHEREAS**, Plaintiff has been diligently attempting to serve Catherine L. Mellow with
2    the Summons and Complaint, but has not been able to effect service to date;

3    **WHEREAS**, Plaintiff has attempted to serve Catherine L. Mellow at 9580 Dougherty
4    Avenue, Morgan Hill, CA 95037, but according to the process server, the property is gated, there
5    is no access, unable to enter residence with no access; however, the process server saw vehicles
6    parked in the drive-way;

7    **WHEREAS**, Plaintiff conducted research for a new address to serve Catherine L.
8    Mellow and provided One Legal the process server with instructions to serve Defendant at 18303
9    Llagas Court, Morgan Hill, CA 95037. The process server was not able to complete service due
10   to a gated property with no access to the residence;

11   **WHEREAS**, Plaintiff requested a stake-out on Catherine L. Mellow at 9580 Dougherty
12   Avenue, Morgan Hill, CA 95037;

13   **WHEREAS**, Plaintiff was informed that the stake-out failed due to no activity at the
14   residence;

15   **WHEREAS**, Plaintiff plans to request a stake-out on Catherine L. Mellow at 18303
16   Llagas Court, Morgan Hill, CA 95037;

17   **NOW, THEREFORE**, for the reasons set forth above, Plaintiff respectfully requests
18   that he be given to and including April 4, 2022 to effect service of his Complaint on Defendants.

19   Dated: August 26, 2022                    MOORE LAW FIRM, P.C.

21                                             */s/ Tanya E. Moore*
                                               Tanya E. Moore
22                                             Attorney for Plaintiff, Jose Trujillo

**ORDER**

Upon request of Plaintiff for administrative relief (Doc. 9) and good cause appearing,

**IT IS HEREBY ORDERED** that the time within which Plaintiff must serve the complaint on Defendants Armando Amador dba Mariscos El Picudo; and Catherine L. Mellow is hereby EXTENDED to October 24, 2022.[1]

IT IS SO ORDERED.

Dated:   **August 29, 2022**                       /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's request for administrative relief asks that the service deadline be extended to April 4, 2022 (*see* Doc. 9 at 2), which has long passed. The Court assumes that this was a scrivener's error and that Plaintiff intended to request October 24, 2022, as the new deadline, as set forth in the proposed order submitted with the request (*see* Doc. 9 at 3).