Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | Case No. 1:22-cv-00644-ADA-SKO |
| Plaintiff, | **PLAINTIFF'S SECOND REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE; ORDER** |
| vs. | |
| ARMANDO AMADOR dba MARISCOS EL PICUDO; CATHERINE L. MELLOW; | **(Doc. 14)** |
| Defendants. | |

**WHEREAS**, on May 27, 2022, Plaintiff, Jose Trujillo ("Plaintiff"), filed the instant action alleging claims under Title III of the Americans with Disabilities Act of 1990 and parallel California law (ECF No. 1). On May 31, 2022, an order setting mandatory scheduling conference was issued (ECF No. 3) ("Order"). The Order required that all defendants be served with the complaint no later than August 25, 2022;

**WHEREAS**, Defendant Catherine L. Mellow ("Defendants") has not yet appeared in this action;

**WHEREAS**, Plaintiff has been diligently attempting to serve Catherine L. Mellow with the Summons and Complaint, but has not been able to effect service to date;

**WHEREAS**, Plaintiff has attempted to serve Catherine L. Mellow at 9580 Dougherty Avenue, Morgan Hill, CA 95037, but according to the process server, the property is gated, there is no access, unable to enter residence with no access; however, the process server saw vehicles parked in the drive-way;

**WHEREAS**, Plaintiff conducted research for a new address to serve Catherine L. Mellow and provided One Legal the process server with instructions to serve Defendant at 18303 Llagas Court, Morgan Hill, CA 95037. The process server was not able to complete service due to a gated property with no access to the residence;

**WHEREAS**, Plaintiff requested a stake-out on Catherine L. Mellow at 9580 Dougherty Avenue, Morgan Hill, CA 95037;

**WHEREAS**, Plaintiff was informed that the stake-out failed due to no activity at the residence;

**WHEREAS**, Plaintiff requested that First Legal and Investigations conduct a skip trace on Catherine L. Mellow, in which, the address for service on Ms. Mellow is likely at 18303 Llagas Court, Morgan Hill, CA 95037;

**WHEREAS**, Plaintiff has requested that First Legal and Investigations begin surveillance and field investigation on Catherine L. Mellow at 18303 Llagas Court, Morgan Hill, CA 95037 that is pending;

**NOW, THEREFORE**, for the reasons set forth above, Plaintiff respectfully requests that he be given to and including December 23, 2022 to effect service of his Complaint on Defendants.

Dated: October 25, 2022                 MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Jose Trujillo

///

# ORDER

Upon the foregoing request of Plaintiff for administrative relief (Doc. 14) and good cause appearing,

**IT IS HEREBY ORDERED** that the time within which Plaintiff must serve the complaint on Defendants Armando Amador dba Mariscos El Picudo; and Catherine L. Mellow is EXTENDED to December 23, 2022.

IT IS SO ORDERED.

Dated: __October 28, 2022__                   /s/ *Sheila K. Oberto*
                                                                                     UNITED STATES MAGISTRATE JUDGE