UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>   v.<br><br>ARMANDO AMADOR dba MARISCOS EL PICUDO, et al.,<br><br>        Defendants. | No.  1:22-cv-00644-ADA-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 23) |

On March 22, 2023, the appearing parties filed a joint stipulation dismissing the action with prejudice.  (Doc. 23.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 23, 2023**            /s/ *Sheila K. Oberto*            
                                    UNITED STATES MAGISTRATE JUDGE